UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG STORM BREWERY LLC,

    Plaintiff,

v.

DUE SOUTH BREWING CO. INC.,

    Defendant.

CASE NO.: 8:16cv 2405T 23 TGW

## SUMMONS IN A CIVIL ACTION

TO:    Due South Brewing Co., Inc.
       c/o Michael Halker, Registered Agent
       214 Orange Tree Drive
       Atlantis, Florida  33462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    V. Stephen Cohen
    Brad F. Barrios
    BAJO CUVA COHEN & TURKEL, P.A.
    100 North Tampa Street, Suite 1900
    Tampa, FL  33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Deputy Clerk